SUSAN K. GAREA, SBN 260407
**BEESON, TAYER & BODINE, APC**
492 Ninth Street, Suite 350
Oakland, CA 94607-3865
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: SGarea@beesontayer.com

Emily K. Pantoja [DC Bar No. 90011142]
*admitted pro hac vice*
**INTERNATIONAL BROTHERHOOD OF TEAMSTERS**
25 Louisiana Ave., NW
Washington, DC 20001
Telephone: (202) 624-8710
Facsimile: (202) 624-8970
Email: EPantoja@teamster.org

Attorneys for Defendant
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS and TEAMSTERS LOCAL 986

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### AT SAN FRANCISCO

| | |
|---|---|
| JAMES E. SEITZ,<br><br>                                  Plaintiff,<br><br>         v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, TEAMSTERS LOCAL 986,<br><br>                                  Defendants. | Case No. 3:23-CV-01716-LB<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-1, Plaintiff James E. Seitz and Defendants, International Brotherhood of Teamsters and Teamsters Local 986, stipulate to continue deadlines in this case.

On June 12, 2023, Plaintiff filed a motion to extend the time to file an ADR certification from June 22, 2023 and August 17, 2023, which Judge Laurel Beeler granted on June 13, 2023.

Following that Order, the parties have conferred regarding scheduling and the parties have been unable to meet and confer regarding the case and hereby jointly stipulate to continue the Initial

1

1 | Case Management Conference from July 13, 2023 to September 21, 2023 . The parties agree that
2 | no prejudice occurs by the grant of this stipulation.

Dated: June 27, 2023       BEESON, TAYER & BODINE


By:   /s/ Susan K. Garea
    Susan K. Garea
Attorneys for Defendants INTERNATIONAL
BROTHERHOOD OF TEAMSTERS; TEAMSTERS
LOCAL 986

Dated: June 27, 2023

By:   /s/ James E. Seitz
    James E. Seitz
PLAINTIFF

2

## ORDER AS MODIFIED

Pursuant to stipulation and for good cause, the court hereby GRANTS the request to continue the Initial Case Management Conference to November 9, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 28, 2023

HONORABLE LAUREL BEELER
United States District Magistrate Judge
Northern District of California